**No. 66883.**—Clintbrook Chemicals Co., Inc., et al. v. United States, protests 60/21872, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the issues are similar to those involved in *Bertrand Freres, Inc., et al.* v. *United States* (47 Cust. Ct. 155, C.D. 2296), the claim of the plantiffs was sustained as to the drums which the appraiser reported were of American origin.